with costs, and plaintiff's complaint dismissed, with costs to the defendant, respondent and appellant, against the plaintiff, appellant and respondent.  Martin, J., concurs.

DOMENICA DHEMBI (Formerly DOMENICA CARAMETA), as Administratrix, etc., of VASILE CARAMETA, Deceased, Appellant, v. THOMAS CARAMETA, Respondent, Impleaded with Others, Defendants.— Order affirmed, with ten dollars costs and disbursements.  No opinion.  Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of the Application of MURRAY HULBERT v. CHARLES L. CRAIG, as Comptroller of the City of New York.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

MURIEL CULICOVER, Administratrix, etc., of WILLIAM CULICOVER, Deceased, Respondent, v. GEORGE M. COLON, SR., and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements.  No opinion.  Present— Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

JACOB A. OVERLANDER, Appellant, v. RUFUS M. OVERLANDER, Respondent.— Order affirmed, with ten dollars costs and disbursements.  No opinion.  Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

SUDIE S. MIDDOWER, Respondent, v. WALTER C. MCCLURE and Others, Defendants, Impleaded with GEORGE R. DYER and Others, Appellants.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion.  Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

GEORGE H. NEWHALL and Another, as Receivers of KINGSTON TRUST COMPANY, Respondents, v. LONGACRE BANK, Appellant.— Order affirmed, with ten dollars costs and disbursements.  No opinion.  Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

CHARLSID REALTY CO., INC., Respondent, v. BELJAY REALTY HOLDING CORPORATION, Appellant, Impleaded with Others, Defendants.— Order affirmed, with ten dollars costs and disbursements.  No opinion.  Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

BESSIE F. CONNER, Appellant, v. WALLACE L. CONNER, Respondent.— Order affirmed.  No opinion.  Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

AXEL BESKOW, Appellant, v. HULDA B. HALOW and Another, Respondents. (Appeal No. 1.) — Order so far as appealed from reversed, with ten dollars costs and disbursements, and motion granted as to items " e " to " k " inclusive in the notice of motion for the taking of testimony, and as to all items in the notice of motion for the production of books and papers.  No opinion.  The date for the examination to proceed to be fixed in the order.  Settle order on notice.  Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

AXEL BESKOW, Appellant, v. HULDA B. HALOW and Another, Respondents. (Appeal No. 2.) — Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs.  No opinion.  The date for the inspection to be fixed in the order.  Settle order on notice.  Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

AXEL BESKOW, Appellant, v. HULDA B. HALOW and Another, Respondents.